UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,                 :

          -against-                       :
                                              11 Cr. 897 (JFK)
MANSSOR ARBABSIAR,                        :
GHOLAM SHAKURI,
                                          :

                    Defendants.   :

------------------------------------X


**DECLARATION OF SABRINA P. SHROFF, ESQ., IN SUPPORT OF MR.
ARBABSIAR'S MOTION TO DISMISS THE INDICTMENT OR, IN THE
ALTERNATIVE, TO SUPPRESS.**

I, Sabrina P. Shroff, Esq., declare as follows:

1. I am an attorney associated with Federal Defenders of New York, Inc., appointed by this Court to represent the defendant, Manssor Arbabsiar, in this action. I make this Declaration in support of a motion to dismiss the Indictment, or, in the alternative, to suppress statements made by Mr. Arbabsiar and other evidence improperly obtained by the government.

**Exhibits**

2. Attached hereto as Exhibit A ███████████████████████ ████████████████████████████████████████████ ███████████████████████ █████████████████████ ███████████████████████████████████████████████ ████████████████████████████

3. Attached hereto as Exhibit B ███████████████████████ ████████████████████████████████████████████████ ███████████████████████ ███████████████████████████ ████████████████████████████████████████ █████████████████████████

4. Attached hereto as Exhibit C ████████████████████████ ████████████████████████████████████████



5. Attached hereto as Exhibit D ███████████████████████████

6. Attached hereto as Exhibit E ███████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    July 16, 2012

_____
Sabrina P. Shroff, Esq.