UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

        -v.-                                     :

MANSSOR ARBABSIAR,                          :
   a/k/a "Mansour Arbabsiar,"

              Defendant.              :

                       :

- - - - - - - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT**

S1 11 Cr. 897 (JFK)

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1958, 371, and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 1 7 2012

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
     October 17, 2012