# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK


ARBABSIAR MANSSOR                                          PETITIONER


VERSUS              CASE NO.JFK-CR-897


UNITED STATES OF AMERICA                              RESPONDENT


### MR. MANSSOR  RESPECTFULLY SEEKS SENTENCE REDUCTION


I am writing this letter to inform the court about my change since I have been incarcerated,and ask this court to accept this as an recommendation to issue credit for time served as follows:

1. While this Court may consider the nature of the offense, its important to understand,as I have that the nature of this offense will never change,yet myself being an fallible human being can and have..

2. While this is no attempt to appear as there was nothing wrong with what I was convicted on,I accept the responsibility for my action,and make no excuse.

3. I will be seventy(70) years old this March,and have taken many classes while during my incarceration,which I believe will assist me upon my release,and cause me to be a better son,dad, and grand dad.
My mom is in her 90's and she long to see her son,as do I long to see her while she is living,if nothing else for the memories from all the good times we have shared.

4. I have three(3) grandchildern,who are dying to spend time with me,and get to know me while I am capable of spending quality time with them for there memories when I am gone.

5. I have an outstanding institutional record,and have not had a shot in over four(4) years. I have maintained employment for years,and the staff speak well of me as I get along with them all.

1.

6. I have very good family support,and my family has and continue to do anything within reason to assist me during this period of incarceration. I have a place to stay,and will be well taken care of upon my release.

7. I have an outstanding institutional post rehabilitation record,as I have taken the liberty to use my time wisely in furthering my education,as well as learning about the way things work on the streets to make sure I can be a productive citizen. Although I am well up in age,and may not require employment, in the event probation request that I obtain employment,I will be ready to meet this requirement due to the classes I have taken.

8. I am aware of the First Step Act regarding the age of seventy(70), and I am or should be eligible for this standard,as I am no threat to society,and pretty much harmless when it come to committing any other criminal activity that involve breaking the law. I believe this is seen in §3553(a) factors,as I pray this Court will find that the foregoing is sufficient enough to consider being an extraordinary and compelling reason for a sentence reduction,to the extent that they are applicable in deciding to exercise its discretion to reduce my sentence term of imprisonment.

Respectfully:Arbabsiar Manssor

*Mar alabian*

2.