# Exhibit C



TO WHOM IT MAY CONCERN, 2-26-25

I am writing about the kind of person Mansour is. He is very kind, he cares alot about his grandkids and family, he has a positive outlook on life even when others around him dont and he helps bring them up and feel good and he gives good advice and inspires people to do good things. Mansour would bring a lot of good to society if allowed. Leaving him in prison for 7 more years would hurt many more than its helping out there, hes done 14 years and has paid for his mistakes. He's a changed and reformed man today. Please consider sending him home with all the care possible. Thank You.

Tedd Juede.

2·26·25

To Whom it May Concern;

I'm writing on behalf of Mansour, I have known him over a year now and I have nothing but good things to say about him. He's like a grandfather figure here in the prison, he helps a lot of people out, with anything from soups when they're hungry to helping them get jobs on the compound, He is funny and he is caring. He is a very good person and he will do good if given the chance to be free again. He's also too old to be harmful out there and too old to stay in this harsh enviorment. Please give him a chance to get out and do good on behalf of all of us that have learned their lesson and only need one shot to show we are good.

Thank You.

Phillip Candillo

Mansour is up there in age and its hard being where we are even for my 27 year old self. Yet he goes through the days working and doing his best to be a family man and still having the care to talk to guys like me and help us cope with things and get our heads in the right spaces. I genuinely hope you carefully consider giving this great man the small mercy of living out his days home, among his family where he can love and be loved as a man such as him should.

Thank you your honor.

Truly,

Trent Gib

Trent D.L. Gibson

14259-025.

2·27·25

Dear Judge,

I am writing on behalf of Mansour. There are many people hoping to see him get some type of relief so he may get out and be with his grandchildren he loves so much! Ive personally known Mansour a little over 2 years and I dont think he has a bad bone in his body judge. Im in my 20's and I frequently help him to work the email and electronics for him to keep in contact with his son and son's children (they are an obsession of his ☺) his sister and other family, he sends money when he can to help care for them as much as he can from here as well. He's a very good hearted person, he advises me like a grandfather figure daily, we talk about everything from relationships and woman to business and politics and even religions he's always steering me to think and do right when all Ive known is wrong for so long. I wish I would have had someone like Mansour in my life growing up. I'd have turned out much different if you ask me. Now Im not trying to minimize the crimes done, I just know not allowing the Mansour I know here today to get out there with time left to bestow the knowledge and care I get from him, to his grandchildren is certainly hurting more than it is helping your honor. Mansour has served his time, paid his due to society and is not going to be anything but good for society.

6. I have very good family support,and my family has and continue to do anything within reason to assist me during this period of incarceration. I have a place to stay,and will be well taken care of upon my release.

7. I have an outstanding institutional post rehabilitation record,as I have taken the liberty to use my time wisely in furthering my education,as well as learning about the way things work on the streets to make sure I can be a productive citizen. Although I am well up in age,and may not require employment, in the event probation request that I obtain employment,I will be ready to meet this requirement due to the classes I have taken.

8. I am aware of the First Step Act regarding the age of seventy(70), and I am or should be eligible for this standard,as I am no threat to society,and pretty much harmless when it come to committing any other criminal activity that involve breaking the law. I believe this is seen in §3553(a) factors,as I pray this Court will find that the foregoing is sufficient enough to consider being an extraordinary and compelling reason for a sentence reduction,to the extent that they are applicable in deciding to exercise its discretion to reduce my sentence term of imprisonment.

Respectfully:Arbabsiar Manssor

2.