# Exhibit D



United States Government
## M e m o r a n d u m

Federal Prison Industries
Post Office Box 5000
Yazoo City, MS 39194

TO:         To Whom It May Concern

FROM:       B. Gunn / Factory Manager

DATE:       March 18, 2021

SUBJECT:    **Letter of Recommendation from B. Gunn For Arbabsiar, Manssor #65807-054**

UNICOR inmates learn real-world job skills and gain work experience in such areas as clothing and textile, electronics, and vehicle reconditioning that will help them find jobs after they are release.  At UNICOR, we pride ourselves in providing the rehabilitative opportunity to instill values of hard-work, honesty, integrity, group participation, goal setting, problem solving and much more qualities which benefit inmates as they transition back into society. As the current Factory Manager in FCC Yazoo City Medium in Mississippi where inmate Arbabsiar, Manssor # 65807-054 currently is employed as an ACU Operator in the ACU - OCP Trouser Department, I state the forgoing.

Our records reveal inmate Arbabsiar, Manssor has been employed by UNICOR since November 2018 thru current date.  His employment trajectory is reflective of the motivation to rehabilitate and improve to incorporate back into society. During this time period inmate Arbabsiar has been observed demonstrating the following: respectful communications with UNICOR staff members, arrives on time for work, shows initiative to effectively complete his daily operations as ACU - Operator in the ACU OCP Trouser Department, which directly affects the factory output flow for production, and he communicates well in training inmates.  We have had no incidents with him and appreciate his skills as an ACU Operator in the ACU - OCP Trouser Department

It is my observation of inmate Arbabsiar's character, while in UNICOR, which is memorialized in this reference letter for the benefit of presenting Unit Team with documentation and any Post-Sentencing Rehabilitation efforts towards any Compassionate Release.  Research demonstrates that inmates who work in prison industries were _24 percent_ less likely to recidivate that non-program participants, and _14 percent_ more likely to be gainfully employed.