# Exhibit E



U. S. Department of Justice
Federal Prison Industries
UNICOR (YZII)
Federal Correctional Complex
P. O. Box 5666
Yazoo City, Mississippi 39194

# MEMORANDUM

Date:       August 31, 2020

FROM:       R. Hampton, UNICOR Quality Assurance Manager
            B. Gunn, Factory Manager

TO:         Unit Team

SUBJECT:    Work Programs for Inmates FPI

In conjunction with the Purpose and scope of FBOP Program Statement 8120.03; Federal Prison Industries, Inc. was established as a program to provide meaningful work for inmates. This work is designed to allow inmates the opportunity to acquire the knowledge, skills, and work which will be useful when released from the institution.

The ISO 9001:2015 is a 60 hour FPI certified Quality training program developed to ensure its graduates meet the requirements, and can effectively implement and maintain the Quality Management system. All internal quality auditors will complete the training criteria stated on the internal quality training record. Auditors will be tested using the Internal Quality Auditing Exam f-9200-7; A PASS/FAIL Rating of 90% on the exam in required for completion of the internal quality auditing training course. A record of each internal auditor will be documented on Internal Audit Training Record f-9200-9. All records are to be maintained in accordance with P-7530, Control of Documented Information.

It is FPI policy to established approved apprenticeship programs in the areas of industrial operations that have the potential to meet the requirements of the:

- Bureau of Apprenticeship Training (BAT) of the U.S. Department of Labor.
- Department of Education of the state in which the training is located.
- Training Representative of the appropriate labor union.

Refer to the Program Statement Occupational Education Programs for further information.

B. Gunn, Factory Manager