# Exhibit G



دفتر حفاظت منافع جمهوری اسلامی ایران - واشنگتن

**EMBASSY OF PAKISTAN**
**INTERESTS SECTION OF THE ISLAMIC REPUBLIC OF IRAN**
1250 23rd Street. NW  Suite #200 . Washington, DC 20037
Tel: (202) 965.4990  Fax: (202) 965.1073   www.daftar.org

March 27, 2023

Re:    Manssor Arbabsiar
       BOP #: 65807-054
       FCC-Yazoo City Medium USP
       Yazoo City, MO 39194

To Whom It May Concern:

Mr. Manssor Arbabsiar contacted our office and inquired about whether our office would issue an Iranian passport or travel papers so he can return to Iran upon his release from the United States custody.

Our office, the Embassy of Pakistan, Interests Section of Islamic Republic of Iran (IIS) is the only office in the United States that provides consular services to the Iranian nationals and expatriates in the United States and as such it is expected to provide aids to the Iranian nationals in the United States under the 1963 Vienna Conventional for consular services.

Since Mr. Arbabsiar is an Iranian national, upon his request, our office will issue the necessary travel papers to Mr. Arbabsiar so he can return to Iran.

Please let us know if we can be of any help in returning Mr. Arbabsiar to his family in Iran.

Sincerely,

/s/

Mehdi Atefat

Director