**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

December 15, 2025

**By ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

***United States v. Manssor Arbabsiar*, 11 Cr. 897 (LGS)**
**(Letter from inmate in further support of Manssor Arbasbsiar's Letter Motion for Compassionate Release)**

Hon. Schofield,

In further support of his letter request for compassionate release, Mr. Arbabsiar submits the attached letter.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

David L. Stern & Sabrina P. Shroff