10-26-25

To: Honorable Judge Lorna G. Schofield

I Eric P. Miller am writing for Mannsor Arbabsiar due to the fact that Mannsor cannot see to read or write. Recently Manssor was diagnosed with AMD and I have to assist him with almost everything he does. He requires assistance with writing, reading, computer typing, telephone dialing, and even walking in groups of people. He bumps into people constantly due to his loss of vision. Mannsor is scheduled for surgery, but AMD is not curable. Dr's say after surgery his vision will have minor improvements but nothing spectacular. In the meantime Manssor is suffering as well as frustrated from loss of vision. With the environment he lives in and his age (71), loss of vision can be traumatic. What we are asking for today is your respected consideration for a sentence reduction or compassionate release. Manssor has already completed 14 years of his 25 year sentence.

Sincerely,
Eric P. Miller #63768-510
Eric P. Miller


Mannsor Arbabsiar